FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0057

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0057**

| | |
|---|---|
| THOMAS PENNELL and MINDY PENNELL, | |
| Appellants, | **ORDER GRANTING EXTENSION TO FILE BRIEF** |
| v. | |
| NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FIRST AMERICAN TITLE COMPANY OF MONTANA, INC.; DANIEL INMAN; and JOHN DOES 1-10, | |
| Appellee. | |

Upon Appellee's Unopposed Motion for Extension of Time to File Brief, and with good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee shall have up to and including July 8, 2022, by which they may file their Brief.

ELECTRONICALLY SIGNED AND DATED AS INDICATED BELOW

Order Granting Extension to File Opening Brief

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 1 2022